382 A.2d 757

Commonwealth v. Wilson, Appellant.

Submitted December 22, 1976. Roger A. Johnsen, for appellant; Eric B. Henson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

382 A.2d 758

Commonwealth v. Wyant, Appellant.

Submitted November 8, 1976. Willis E. Schug, for appellant; Donald E. Lewis and Robert S. Bailey, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.